BLISTEX INC., Plaintiff–Appellee,

v.

CIRCLE LABORATORIES, INC., Defendant–Appellant.

No. 01–1335.

United States Court of Appeals, Federal Circuit.

May 7, 2002.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36